```
PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtor
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 08-46486 RN |
| **SUSAN JEANNE WENNEKER,** | Chapter 13 |
| Debtor. | **DECLARATION OF DEBTOR IN SUPPORD OF DEBTOR'S MOTION TO VALUE LIEN** |
| _____/ | _____ |

I, Susan Wenneker, declare:

    1. I am the debtor in the above-captioned case.

    2. The facts contained herein are true and correct and if called upon as a witness I can testify competently as to them.

    3. At the time I filed my chapter 13 case, on November 6, 2008, I was the owner of the real property located at 1504 Tulip Dr., Antioch, CA 94509 (the "property").

    4. On November 5, 2008, I had the property appraised by Tosh & Associates. A copy of the appraisal, which reflects a fair market value of $167,000.00 is attached hereto as Exhibit A and made a part hereof.

    5. The property is encumbered by a First Deed of Trust in favor

Page 1 of 2

Case: 08-46486   Doc# 30   Filed: 06/12/09   Entered: 06/12/09 18:35:37   Page 1 of 2

of America's Servicing Company ("ASC") in the sum of $246,747.84, as evidenced by its proof of claim filed on or about December 5, 2008, a copy of which is attached as Exhibit B and made a part hereof.

6. Charter One ("Charter One") is the beneficiary of a Second Deed of Trust against the property in the sum of $56,160.76, as evidenced by its proof of claim filed on or about November 14, 2008, a copy of which is attached as Exhibit C and made a part hereof.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 12, 2009 /s/ Susan Wenneker
Susan Wenneker